IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO. LTD.,<br><br>　　　　Defendants. | Civil Action No. 2:18-cv-00506-JRG<br>Civil Action No. 2:18-cv-00508-JRG<br>Civil Action No. 2:19-cv-00125-JRG<br>Civil Action No. 2:19-cv-00126-JRG<br>Civil Action No. 2:19-cv-00259-JRG |

**JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF PENDING SETTLEMENT**

　　Plaintiff, Uniloc 2017 LLC, and Defendants, Samsung Electronics America, Inc. and Samsung Electronics Co; Ltd.'s, hereby file this Joint Motion to Stay All Deadlines and Notice of Pending Settlement, pending finalization of settlement in this case.

　　The parties have reached an agreement in principle to settle this case and are in the process of finalizing the settlement.  All matters in controversy between the parties have been settled in principle.  The parties wish to conclude the settlement without burdening the Court with any additional filings, and without incurring unnecessary expenses such as expert depositions and dispositive motions practice.  The parties anticipate that they will be able to finalize the settlement and submit dismissal papers within approximately one month. Accordingly, the parties respectfully request that the Court grant a stay of these proceedings, including all deadlines, through and including Wednesday, May 13, 2020.

　　By the filing of the instant motion, the parties hereby stipulate that in the event that any issues arise in finalizing the settlement, the Parties agree to submit any such issues to the Court for final resolution.

　　The Parties submit that good cause exists for granting this joint motion, as set forth above.  This motion is not filed for purposes of delay, but so that justice may be served.

Dated: April 27, 2020

Respectfully submitted,

*/s/     William E. Davis, III*
Aaron S. Jacobs
Paul J. Hayes
Kevin Gannon
Brian A. Tollefson
PRINCE LOBEL TYE LLP
One International Place - Suite 3700
Boston, MA 02110
Tel: 617-456-8000
Email: ajacobs@princelobel.com
Email: phayes@princelobel.com
Email: kgannon@princelobel.com
Email: btollefson@pricelobel.com

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Christian Hurt
Texas State Bar No. 24059987
churt@davisfirm.com
Edward Chin (Of Counsel)
Texas State Bar No. 50511688
echin@davisfirm.com
Debra Coleman (Of Counsel)
Texas State Bar No. 24059595
dcoleman@davisfirm.com
Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
NELSON BUMGARDNER ALBRITTON PC
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111

Shawn Latchford
shawn@nbafirm.com
Texas State Bar No. 24066603
NELSON BUMGARDNER ALBRITTON PC
111 West Tyler Street
Longview, TX 75601
Tel: (903) 757-8449

ATTORNEYS FOR THE PLAINTIFF

*/s/     Melissa Smith*
Richard A. Edlin
Allan A. Kassenoff
Justin A. Maclean
Jeffrey R. Colin
Vimal Kapadia
Elana Araj
Janice Ye
GREENBERG TRAURIG, LLP
MetLife Building, 200 Park Avenue
New York, NY 10002
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: edlinr@gtlaw.com
Email: kassenoffa@gtlaw.com
Email: macleanj@gtlaw.com
Email: colinj@gtlaw.com
Email: kapadiav@gtlaw.com
Email: araje@gtlaw.com
Email: yej@gtlaw.com

Valerie W. Ho
GREENBERG TRAURIG, LLP
1840 Century Park East
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: hov@gtlaw.com
Melissa R. Smith
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 27th day of April, 2019.

*/s/ William E. Davis, III*