# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § CIVIL ACTION NO.  2:18-CV-00508-JRG |
| | § |
| SAMSUNG ELECTRONICS AMERICA, INC.,  SAMSUNG ELECTRONICS CO. LTD., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the parties' Joint Motion to Stay All Deadlines and Notice of Pending Settlement.  (Dkt. No. 107.)  Having reviewed the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.  It is therefore **ORDERED** that any and all deadlines in the above-captioned case are **STAYED** through and including Wednesday, May 13, 2020, during which time appropriate dismissal papers shall be filed.

**So ORDERED and SIGNED this 28th day of April, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE