Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG ELECTRONICS CO. LTD.,<br><br>　　　Defendants. | CIVIL ACTION NO.:  2:18-cv-00508-JRG |

**PLAINTIFF'S DISCLOSURE OF ASSERTED
CLAIMS AND INFRINGEMENT CONTENTIONS**

Pursuant to P.R. 3-1 and 3-2, Plaintiff, Uniloc 2017 LLC ("Uniloc"), submits this disclosure of asserted claims and infringement contentions to Defendants, Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Samsung"):

**I.      P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions**

a.      Samsung infringes the claims of U.S. Patent No. 6,836,654 ("the '654 Patent") for at least the reasons set forth in the attached chart (Exhibit A).

b.      Samsung infringes the '654 Patent by making, using, selling, offering to sell, and importing electronic devices that utilize antitheft measures, including: Samsung Galaxy Note8, Galaxy A6+, Galaxy A6, Galaxy J7 Duo, Galaxy J7 Prime 2, Galaxy S9+, Galaxy S9, Galaxy S7, Galaxy J2 Pro, Galaxy A8, Galaxy J2, Galaxy C7, Galaxy S8 Active, Galaxy J7 V, Galaxy Note FE, Galaxy J7 MAX, Galaxy J7 Pro, Galaxy J7, Galaxy J5, Galaxy J3, Z4, Galaxy S8, Galaxy S8+, Galaxy C5 Pro, Galaxy XCover 4, Galaxy J1 mini prime, Galaxy J3 Emerge, Galaxy C7 Pro, Galaxy A7, Galaxy A5, Galaxy A5 Duos, Galaxy A3, Galaxy A9, Galaxy Grand Prime Plus, Galaxy J2 Prime, Galaxy C9 Pro, Galaxy On7, Galaxy On8, Galaxy S6, Galaxy S5,

Galaxy S4, Galaxy J1, Galaxy E5, Galaxy E7, Galaxy A3, Galaxy A5, Galaxy Ace, Galaxy Note 3, Galaxy Note Pro, Galaxy Fame, Galaxy Discover, Galaxy Premier, Galaxy Note II, Galaxy SIII, Galaxy Pocket, Galaxy S II, Galaxy S Blaze, Galaxy Attain 4G, Omnia M, Galaxy Proclaim, Z3, Galaxy Note5, Galaxy A8, Galaxy Note 4, Galaxy Avant, Galaxy Alpha, Galaxy Young, Galaxy Star, Galaxy Core, Galaxy Exhibit, Galaxy Mega, Galaxy Trend, Galaxy Win, Galaxy S LightRay, Galaxy I8250, Galaxy Appeal, Galaxy Nexus, Galaxy Note, Galaxy M Style, Galaxy I9500, Focus 2, Galaxy Note7, Galaxy mini, Galaxy J Max, Galaxy S6 edge+, Galaxy Note Edge, Galaxy W, ATIV SE, Galaxy Grand 2, Galaxy Express 2, Galaxy Light, Galaxy Y Plus, Galaxy Grand, Galaxy Rush, Galaxy Stellar, Galaxy Reverb, Focus 2, Samsung I8530 Galaxy Beam, W999, Star 3, Galaxy V, Galaxy Mega 2, Galaxy K Zoom, Galaxy Beam2 (collectively "Accused Products").

      c.      Charts identifying specifically where each element of each asserted claim is found within each of the Accused Products are provided in Exhibit A.  This claim chart is based on information currently available to Uniloc.

      d.      Assuming that the Court construes the claims as Uniloc has requested, Uniloc believes that each element is literally present. Uniloc may, however, revise these contentions to identify an element as present under the doctrine of equivalents if 1) the Court's construction so requires; or 2) discovery – in particular, review of source code – reveals Samsung's products operate differently than Uniloc had contended.

      e.      Uniloc will amend these contentions, if merited by information obtained through discovery, or in response to the Court's claim construction. In particular, because many of the claim elements are software limitations, Uniloc expects to substantially revise these contentions, after completion of source code inspection, as P.R. 3-1(g) allows.

f.     The asserted claims of the '654 Patent claim priority to December 21, 1999.

## II.     P.R. 3-2 Document Production Accompanying Disclosure

Uniloc refers Samsung to documents labeled UNILOC_ SAMSUNG_508_0001-

UNILOC_ SAMSUNG_508_0299.

Date: March 14, 2019                    Respectfully submitted,

                                        /s/ Kevin Gannon
                                        Paul J. Hayes
                                        Massachusetts State Bar No. 227000
                                        Kevin Gannon
                                        Massachusetts State Bar No. 640931
                                        **PRINCE LOBEL TYE LLP**
                                        One International Place, Suite 3700
                                        Boston, MA 02110
                                        Tel: (617) 456-8000
                                        Fax: (617) 456-8100
                                        Email: phayes@princelobel.com
                                        Email: kgannon@princelobel.com

                                        Edward R. Nelson III
                                        ed@nbafirm.com
                                        Texas State Bar No. 00797142
                                        **NELSON BUMGARDNER ALBRITTON P.C.**
                                        3131 West 7th Street, Suite 300
                                        Fort Worth, TX 76107
                                        Tel: (817) 377-9111

                                        Shawn Latchford
                                        shawn@nbafirm.com
                                        Texas State Bar No. 24066603
                                        **NELSON BUMGARDNER ALBRITTON P.C.**
                                        111 West Tyler Street
                                        Longview, Texas 75601
                                        Tel: (903) 757-8449
                                        Fax: (903) 758-7397

                                        **ATTORNEYS FOR THE PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on all counsel of record via email.

*/s/ Kevin Gannon*

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

Uniloc has prepared these contentions based on the opinion of those of skill in the art as to how the Accused Products likely operate, based on statements of the Defendants and the characteristics of the technical standards to which Defendants claim to conform. Uniloc will update these contentions, upon confirmation through discovery of how the Accused Products operate.

Accused Products: Samsung's electronic devices that utilize antitheft measures, including: Samsung Galaxy Note 8, Galaxy A6+, Galaxy A6, Galaxy J7 Duo, Galaxy J7 Prime 2, Galaxy S9+, Galaxy S9, Galaxy S7, Galaxy J2 Pro, Galaxy A8, Galaxy J2, Galaxy C7, Galaxy S8 Active, Galaxy J7 V, Galaxy Note FE, Galaxy J7 MAX, Galaxy J7 Pro, Galaxy J7, Galaxy J5, Galaxy J3, Z4, Galaxy S8, Galaxy S8+, Galaxy C5 Pro, Galaxy XCover 4, Galaxy J1 mini prime, Galaxy J3 Emerge, Galaxy C7 Pro, Galaxy A7, Galaxy A5, Galaxy A5 Duos, Galaxy A3, Galaxy A9, Galaxy Grand Prime Plus, Galaxy J2 Prime, Galaxy C9 Pro, Galaxy On7, Galaxy On8, Galaxy S6, Galaxy S5, Galaxy S4, Galaxy J1, Galaxy E5, Galaxy E7, Galaxy A3, Galaxy A5, Galaxy Ace, Galaxy Note 3, Galaxy Note Pro, Galaxy Fame, Galaxy Discover, Galaxy Premier, Galaxy Note II, Galaxy SIII, Galaxy Pocket, Galaxy S II, Galaxy S Blaze, Galaxy Attain 4G, Omnia M, Galaxy Proclaim, Z3, Galaxy Note5, Galaxy A8, Galaxy Note 4, Galaxy Avant, Galaxy Alpha, Galaxy Young, Galaxy Star, Galaxy Core, Galaxy Exhibit, Galaxy Mega, Galaxy Trend, Galaxy Win, Galaxy S LightRay, Galaxy I8250, Galaxy Appeal, Galaxy Nexus, Galaxy Note, Galaxy M Style, Galaxy I9500, Focus 2, Galaxy Note7, Galaxy mini, Galaxy J Max, Galaxy S6 edge+, Galaxy Note Edge, Galaxy W, ATIV SE, Galaxy Grand 2, Galaxy Express 2, Galaxy Light, Galaxy Y Plus, Galaxy Grand, Galaxy Rush, Galaxy Stellar, Galaxy Reverb, Focus 2, Samsung I8530 Galaxy Beam, W999, Star 3, Galaxy V, Galaxy Mega 2, Galaxy K Zoom, Galaxy Beam2.

| Claim | Accused Products |
|---|---|
| 1pre. <span style="color:red">A mobile radiotelephony device</span>, comprising: | The Accused Products are mobile radiotelephony devices.<br><br>For example, the Samsung Galaxy Note 8 is a smartphone with mobile telephone capabilities, as seen below. |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| |  **Source**: https://www.samsung.com/us/mobile/galaxy/ |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
|  |  |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| | **Source**: https://www.gsmarena.com/samsung_galaxy_note8-8505.php |
| 1a.blocking means for preventing a normal operation of the mobile radiotelephony device, wherein the normal operation include a processing of outgoing calls; | The Accused Products include blocking means for preventing a normal operation of the mobile radiotelephony device, wherein the normal operation include a processing of outgoing calls.<br><br>For example, the Accused Products include a password, pattern, PIN and biometric security functions that locks the phone and prevents the phone from being used, including to place outgoing calls, until the pattern/PIN/Biometric is entered correctly, as seen below.<br><br><br><br>**Source**: https://www.phonearena.com/news/Samsung-Galaxy-Note-8-Security-video_id98572 |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| | the lock screen if its awake. Before you can open an app or contact, you'll need to unlock your phone, which is where iris scanning is really quick and easy. <br><br> **Source**: https://www.pocket-lint.com/phones/news/samsung/142136-samsung-galaxy-note-8-tips-and-tricks-the-s-pen-is-mightier-than-the-sword <br><br> Quick Dial is easy to toggle on (Settings → Advanced Features → Galaxy Labs → Quick Dial). Once enabled, you can access the feature by **a long press of the home key** from any screen, even when the display is off. If your phone is locked with fingerprint, you can use Quick Dial after unlocking the phone. <br> **Source**: https://news.samsung.com/global/quick-dial-the-easy-fast-way-to-make-a-phone-call <br><br>  <br> **Source**: https://www.phonearena.com/news/Samsung-Galaxy-Note-8-Security-video_id98572 |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|-------|------------------|
| | |
| 1b.timing means for activating the blocking means in response to the mobile radiotelephony device being inactive during the normal operation of the mobile radiotelephony device for a defined period of time subsequent to a mounting of a linked user identification module inside the mobile radiotelephony device, and | The Accused Products include timing means for activating the blocking means in response to the mobile radiotelephony device being inactive during the normal operation of the mobile radiotelephony device for a defined period of time subsequent to a mounting of a linked user identification module inside the mobile radiotelephony device.<br><br>For instance, subsequent to a valid SIM card (user identification module) being inserted into the Accused Products and the security functionality enabled, access to the Accused Products is blocked after a time period of 5 seconds, 15 seconds, 30 seconds, 1 minute, 2 minutes, 5 minutes or 10 minutes has passed since the last interaction, as illustrated below.<br><br><br><br>**Source**:<br>https://www.att.com/devicehowto/tutorial.html#!/interactive/id/interactive_1500016230?make=Samsung&model=SamsungN950U |

6

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|-------|------------------|
| |  **7** **LOG IN USING THE SECURITY LOCK**: Press the **Power/Lock button**. Draw your **pattern** to unlock the device. <br><br> **Source**: <br> https://www.att.com/devicehowto/tutorial.html#!/interactive/id/interactive_1500016217?make=Samsung&model=SamsungN950U |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|-------|------------------|
|       | <br><br>**Source**:<br>https://www.att.com/devicehowto/tutorial.html#!/interactive/id/interactive_1500016200?make=Samsung&model=SamsungN950U<br><br>Error prompts are programmed to let you know of what went wrong and what must be done to fix it. These errors may denote an issue on the software if not hardware problems. The No SIM card error transpiring on new devices like the Samsung Galaxy Note 8 tells you that your device does not detect your SIM card. If it occurs without your SIM card inserted, then it appears as a warning or reminder that there is no SIM card inserted so the device has no SIM card to detect.<br>**Source**: https://thedroidguy.com/2018/04/how-to-fix-no-sim-card-error-on-your-samsung-galaxy-note-8-easy-steps-1083002 |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| |  |

**Install the SIM Card and a Memory Card**

When you subscribe to a cellular network, you are provided with a plug-in SIM card. During activation, your SIM card is loaded with your subscription details.

**Source**:

https://ss7.vzw.com/is/content/VerizonWireless/Devices/Samsung/UserGuides/Samsung_Galaxy_Note8/samsung-galaxy-note8-ug-08292017.pdf

Galaxy Note8: Security

You'll have to set a secure screen lock pattern or PIN.

**Source**: https://www.phonearena.com/news/Samsung-Galaxy-Note-8-Security-video_id98572

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
|  | **View SIM Card Number - Samsung Galaxy Note8**<br><br>1. From a Home screen, swipe up or down from the center of the display to access the apps screen.<br>→ These instructions only apply to Standard mode and the default Home screen layout.<br><br>2. Navigate: **Settings** ⚙ > **About phone** > **Status**.<br><br>3. Tap **IMEI information** then view the ICCID (SIM card number).<br><br>**Source**: https://www.verizonwireless.com/support/knowledge-base-214469/ |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| | **Manage Screen Lock Settings - Samsung Galaxy Note8** <br><br> 1. From a Home screen, swipe up or down from the center of the display to access the apps screen. <br> → These instructions only apply to Standard mode and the default Home screen layout. <br><br> 2. Navigate: Settings ⚙ > Lock screen and security. <br><br> 3. From the Phone security section, tap **Secure lock settings**. <br> → If presented, enter the current PIN, password, or pattern. <br><br> 4. Configure any of the following: <br> → Depending upon the screen lock type, the options presented may vary. <br><br> ■ Make pattern visible <br> → Tap to to turn on ⬤ or off ⚪. <br><br> ■ Lock automatically <br>   ■ Immediately <br>   ■ 5 seconds <br>   ■ 15 seconds <br>   ■ 30 seconds <br>   ■ 1 minute <br>   ■ 2 minutes <br>   ■ 5 minutes <br>   ■ 10 minutes <br><br> Back to top |

11

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|-------|------------------|
|  | **Source**: https://www.verizonwireless.com/support/knowledge-base-214270/ <br><br>  <br><br> **Source**: https://www.bestusefultips.com/change-galaxy-note-8-lock-screen-timeout/ <br><br> **Source**: https://publish.samsungsimulator.com/simulator/da45949e-fb39-4a2a-8b43-2328c619359d/#!topic/settings/locate_imei_information |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| | **Use edge screen from the lock screen:** You don't have to do anything, it just works. Swipe in and you'll be presented with your edge panels from the lock screen if its awake. Before you can open an app or contact, you'll need to unlock your phone, which is where iris scanning is really quick and easy.<br><br>**Source**: https://www.pocket-lint.com/phones/news/samsung/142136-samsung-galaxy-note-8-tips-and-tricks-the-s-pen-is-mightier-than-the-sword |
| 1c. deblocking means for permitting the normal operation of the mobile radiotelephony device in response to a supply of a deblocking code to the mobile radiotelephony device subsequent to the mounting of the linked user identification | The Accused Products include deblocking means for permitting the normal operation of the mobile radiotelephony device in response to a supply of a deblocking code to the mobile radiotelephony device subsequent to the mounting of the linked user identification module inside the mobile radiotelephony device and subsequent to the defined period of time.<br><br>*Refer to 1b.*<br><br>In addition, the full functionality of the Accused Products is made available in response to a correctly entered pattern/PIN /Biometric subsequent to the device being automatically locked after a period of inactivity.<br><br>the lock screen if its awake. Before you can open an app or contact, you'll need to unlock your phone, which is where iris scanning is really quick and easy.<br><br>**Source**: https://www.pocket-lint.com/phones/news/samsung/142136-samsung-galaxy-note-8-tips-and-tricks-the-s-pen-is-mightier-than-the-sword |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| module inside the mobile radiotelephony device and subsequent to the defined period of time. | Quick Dial is easy to toggle on (Settings → Advanced Features → Galaxy Labs → Quick Dial). Once enabled, you can access the feature by **a long press of the home key** from any screen, even when the display is off. If your phone is locked with fingerprint, you can use Quick Dial after unlocking the phone. |

**Source**: https://news.samsung.com/global/quick-dial-the-easy-fast-way-to-make-a-phone-call

**View SIM Card Number - Samsung Galaxy Note8**

1. From a Home screen, swipe up or down from the center of the display to access the apps screen.
   ⇨ These instructions only apply to Standard mode and the default Home screen layout.

2. Navigate: **Settings** ⚙ > **About phone** > **Status**.

3. Tap **IMEI information** then view the ICCID (SIM card number).

**Source**: https://www.verizonwireless.com/support/knowledge-base-214469/

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| |  **Source**: https://www.phonearena.com/news/Samsung-Galaxy-Note-8-Security-video_id98572 |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|-------|------------------|
|       |  |

The Galaxy Note8 is Samsung's latest and most advanced smartphone to date. It comes with loaded with features, impressive specs and sports sleek 6.3-inch screen. In addition to all this, it's also a very capable phone as well.

In this guide, we will take a look at some of the ways you can make use of your Note8 as a phone.

**1. Make a call using the call dialer**
a. From home, tap the Phone icon to display the phone screen.
b. Tap the Keypad to show the keypad if it is not visible.
c. Enter the phone number you want to call and tap the Dial key to call the number.

**Source**: ://www.tomsguide.com/faq/id-3535123/samsung-galaxy-note8-phone.html

You can lock the phone screen and keys to avoid activating your mobile phone by mistake.

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|-------|-----------------|
| | <br><br>Step 6 of 8<br><br>Set automatic screen lock<br><br>Tap **Screen timeout.**<br><br>**Source**:   https://devicehelp.singtel.com/samsung/galaxy-note8-android-7-1/getting-started/turn-screen-lock-on-or-off/ |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| 3. The mobile radiotelephony device of claim 1, wherein an activation of the blocking means prevents all transmissions of non-emergency outgoing calls and permits all transmissions of emergency outgoing calls. | The Accused Products include the mobile radiotelephony device of claim 1wherein an activation of the blocking means prevents all transmissions of non-emergency outgoing calls and permits all transmissions of emergency outgoing calls.<br><br>In addition, for example, when the screen is locked, user cannot make an outgoing to friends (non-emergency outgoing calls) but user can make emergency calls to 911, 999 or 180.<br><br>Somehow my note 8 got locked,nothing is working except emergency calls,on screen shows notification of device disabled, contact IT administrator.cant switch off or restart & not connecting to pc.<br><br>**Source**: https://forum.xda-developers.com/galaxy-note-8/help/galaxy-note-8-locked-screen-device-t3784690<br><br>**Source**: https://www.phonearena.com/news/Samsung-Galaxy-Note-8-Security-video_id98572 |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| | If you set a lock screen on your Android device, the PIN entry screen will then feature an **Emergency call** button toward the bottom of the screen. The button will enable anybody who grabs the phone to at least be able to dial 911 in the case of an emergency without needing to enter a PIN or lock pattern. This may concern some Android users because of the fear of accidentally dialing 911. This was a fear of mine. I **Source**: https://www.technipages.com/android-what-does-the-emergency-call-button-do <br><br> **Use edge screen from the lock screen:** You don't have to do anything, it just works. Swipe in and you'll be presented with your edge panels from the lock screen if its awake. Before you can open an app or contact, you'll need to unlock your phone, which is where iris scanning is really quick and easy. <br> **Source**: https://www.pocket-lint.com/phones/news/samsung/142136-samsung-galaxy-note-8-tips-and-tricks-the-s-pen-is-mightier-than-the-sword |
| 4. The mobile radiotelephony device of claim 1, further comprising: locking means for facilitating an activation of the block means by the timing means. | The Accused Products include the mobile radiotelephony device of claim 1, further comprising locking means for facilitating an activation of the block means by the timing means. <br><br> For example, The Screen Timeout feature is a locking means which activates the lock screen/pattern/PIN entry screen after a predefined time period. |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
|  |  |

**Source**:   https://devicehelp.singtel.com/samsung/galaxy-note8-android-7-1/getting-started/turn-screen-lock-on-or-off/

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| |  |

Below the first image:

**Source**: https://www.phonearena.com/news/Samsung-Galaxy-Note-8-Security-video_id98572

| Claim | Accused Products |
|---|---|
| 5. The mobile radiotelephony device of claim 1, further comprising: connecting means for establishing a link between the mobile radiotelephony device and the linked user identification module. | The Accused Products include the mobile radiotelephony device of claim 1, further comprising, connecting means for establishing a link between the mobile radiotelephony device and the linked user identification module. |

For example, Note 8 registers the SIM when it is inserted in the Note 8, therefore, establishes a link between the Note 8 and the SIM card.

### Install the SIM Card and a Memory Card

When you subscribe to a cellular network, you are provided with a plug-in SIM card. During activation, your SIM card is loaded with your subscription details.

**Source**:
https://ss7.vzw.com/is/content/VerizonWireless/Devices/Samsung/UserGuides/Samsung_Galaxy_Note8/samsung-galaxy-note8-ug-08292017.pdf

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| | **View SIM Card Number - Samsung Galaxy Note8**<br><br>1. From a Home screen, swipe up or down from the center of the display to access the apps screen.<br> → These instructions only apply to Standard mode and the default Home screen layout.<br><br>2. Navigate: **Settings** ⚙ > **About phone** > **Status**.<br><br>3. Tap **IMEI information** then view the CCID (SIM card number).<br><br>**Source**: https://www.verizonwireless.com/support/knowledge-base-214469/ |
| 7. The mobile radiotelephony device of claim 1, wherein an international identification number stored on the linked user identification module is stored on the mobile radiotelephony device as data corresponding to a link | The Accused Products includes the mobile radiotelephony device of claim 1, wherein an international identification number stored on the linked user identification module is stored on the mobile radiotelephony device as data corresponding to a link between the mobile radiotelephony device and the linked user identification module.<br><br>For example, Note 8 stores the ICCID number of the SIM in response to the registration of the SIM with the Note 8.<br><br>**ICCID** (Integrated Circuit Card Identifier) identifies each SIM internationally. It is inscribed on the back of the SIM Card. A full ICCID is 19 or 20 characters. ICCID can be thought of as the serial number of the SIM Card. It is also considered as Issuers Identification Number. In layman's terms, it is sim cards ID number.<br><br>**Source**: https://www.quora.com/What-is-the-difference-between-ICCID-IMSI-and-IMEI-numbers |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|-------|------------------|
| between the mobile radiotelephony device and the linked user identification module. | **View SIM Card Number - Samsung Galaxy Note8**<br><br>1. From a Home screen, swipe up or down from the center of the display to access the apps screen.<br>↳ These instructions only apply to Standard mode and the default Home screen layout.<br><br>2. Navigate: **Settings** ⚙ > **About phone** > **Status**.<br><br>3. Tap **IMEI information** then view the CCID (SIM card number).<br><br>**Source**: https://www.verizonwireless.com/support/knowledge-base-214469/<br><br>**Install the SIM Card and a Memory Card**<br><br>When you subscribe to a cellular network, you are provided with a plug-in SIM card. During activation, your SIM card is loaded with your subscription details.<br><br>**Source**: https://ss7.vzw.com/is/content/VerizonWireless/Devices/Samsung/UserGuides/Samsung_Galaxy_Note8/samsung-galaxy-note8-ug-08292017.pdf |
| 10. A method of protecting a mobile radiotelephony device, the method comprising: verfying a user identification | *Refer to claim 1.* |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|-------|------------------|
| module mounted inside the mobile radiotelephony device is linked to the mobile radiotelephony device; detecting a period of inactivity of the mobile radiotelephony device during a normal operation of the mobile radiotelephony device, wherein the normal operation includes a processing of all outgoing calls; preventing the normal operation of | |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| the mobile radiotelephony device in response to the verification of the linked user identification module and in response to the detection of the period of inactivity of the mobile radiotelephony device. | |
| 11. The method of claim 10, further comprising: permitting the normal operation of the mobile radiotelephony device in response to the verification of the linked user | *Refer to claim 1, element c.* |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| identification module and in response to a supply of a deblocking code to the mobile radiotelephony device subsequent to the detection of the period of inactivity of the mobile radiotelephony device. | |
| 13. The method of claim 10, wherein the prevention of the normal operation of the mobile radiotelephony device prevents all transmissions of non- | *Refer to claim 3.* |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| emergency outgoing calls and permits all transmissions of emergency outgoing calls. | |
| 14. The method claim 10, further comprising: storing an international identification number stared on the linked user identification module onto the mobile radiotelephony device as data corresponding to a link between the mobile radiotelephony device and the linked user | *Refer to claim 7.* |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| identification module. | |
| 17. In a mobile radiotelephony device, a computer readable medium comprising: computer readable code for verifying a user identification module mounted inside the mobile radiotelephony device is linked to the mobile radiotelephony device; computer readable code for detecting a period of inactivity of the mobile | *Refer to claim 1.* |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| radiotelephony device during a normal operation of the mobile radiotelephony device, wherein the normal operation includes a processing of all outgoing calls; computer readable code for preventing the normal operation of the mobile radiotelephony device in response to the verification of the linked user identification module and in response to the detection of the period of | |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| inactivity of the mobile radiotelephony device. | |
| 18. The computer readable medium of claim 17, further comprising: computer readable code for permitting the normal operation of the mobile radiotelephony device in response to the verification of the linked user identification module and in response to a supply of a deblocking code to the mobile | *Refer to claim 1, element c.* |

EXHIBIT A - *Uniloc v. Samsung,* Case No. 18-cv-0508
Preliminary Infringement Chart – U.S. PAT. NO. 6,836,654

| Claim | Accused Products |
|---|---|
| radiotelephony device subsequent to the detection of the period of inactivity of the mobile radiotelephony device. | |