# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO. LTD.<br><br>*Defendants*. | Civil Action No. 2:18-cv-508-JRG |

## PROPOSED ORDER GRANTING SAMSUNG'S *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF UNILOC'S DAMAGES EXPERT WALTER BRATIC

Before the Court is Samsung's *Daubert* Motion to Exclude Certain Opinions and Testimony of Uniloc's Damages Expert Walter Bratic (the "Motion"). Having considered the papers submitted, and finding that the Motion is supported by good cause, the Court hereby **GRANTS** Samsung's Motion.