IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO. LTD.,<br><br>    Defendants. | Civil Action No. 2:18-cv-00506-JRG<br>Civil Action No. 2:18-cv-00508-JRG<br>Civil Action No. 2:19-cv-00125-JRG<br>Civil Action No. 2:19-cv-00126-JRG<br>Civil Action No. 2:19-cv-00259-JRG |

**AMENDED JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF PENDING SETTLEMENT**

Plaintiff, Uniloc 2017 LLC, and Defendants, Samsung Electronics America, Inc. and Samsung Electronics Co; Ltd.'s, hereby file this Amended Joint Motion to Stay All Deadlines and Notice of Pending Settlement, pending finalization of settlement in this case. The purpose of this amended filing is to correct a typo in that resulted in the parties receiving less than the full 30 day period to complete their settlement papers, through and including May 27, 2020. The previous motion incorrectly requested a stay until May 13, 2020, a period of 16 days.

The parties have reached an agreement in principle to settle this case on April 27, 2019 and are in the process of finalizing the settlement. All matters in controversy between the parties have been settled in principle. The parties wish to conclude the settlement without burdening the Court with any additional filings, and without incurring unnecessary expenses such as expert depositions and dispositive motions practice. The parties anticipate that they will be able to finalize the settlement and submit dismissal papers within approximately one month. Accordingly, the parties respectfully request that the Court grant a stay of these proceedings, including all deadlines, through and including Wednesday, May 27, 2020.

By the filing of the instant motion, the parties hereby stipulate that in the event that any issues arise in finalizing the settlement, the Parties agree to submit any such issues to the Court for final resolution.

3456460.v1

The Parties submit that good cause exists for granting this joint motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

| | |
|---|---|
| Dated: April 29, 2020 | Respectfully submitted, |

/s/    *William E. Davis, III*  
Aaron S. Jacobs  
Paul J. Hayes  
Kevin Gannon  
Brian A. Tollefson  
PRINCE LOBEL TYE LLP  
One International Place - Suite 3700  
Boston, MA 02110  
Tel: 617-456-8000  
Email: ajacobs@princelobel.com  
Email: phayes@princelobel.com  
Email: kgannon@princelobel.com  
Email: btollefson@pricelobel.com  

William E. Davis, III  
Texas State Bar No. 24047416  
bdavis@davisfirm.com  
Christian Hurt  
Texas State Bar No. 24059987  
churt@davisfirm.com  
Edward Chin (Of Counsel)  
Texas State Bar No. 50511688  
echin@davisfirm.com  
Debra Coleman (Of Counsel)  
Texas State Bar No. 24059595  
dcoleman@davisfirm.com  
Ty Wilson  
Texas State Bar No. 24106583  
twilson@davisfirm.com  
THE DAVIS FIRM, PC  
213 N. Fredonia Street, Suite 230  
Longview, Texas 75601  
Telephone: (903) 230-9090  
Facsimile: (903) 230-9661  

Edward R. Nelson III  
ed@nelbum.com  
Texas State Bar No. 00797142  
NELSON BUMGARDNER ALBRITTON PC  
3131 West 7th Street, Suite 300  
Fort Worth, TX 76107  
Tel: (817) 377-9111  

Shawn Latchford  
shawn@nbafirm.com  
Texas State Bar No. 24066603  
NELSON BUMGARDNER ALBRITTON PC  
111 West Tyler Street  
Longview, TX 75601  
Tel: (903) 757-8449  

ATTORNEYS FOR THE PLAINTIFF

---

/s/    *Melissa Smith*  
Richard A. Edlin  
Allan A. Kassenoff  
Justin A. Maclean  
Jeffrey R. Colin  
Vimal Kapadia  
Elana Araj  
Janice Ye  
GREENBERG TRAURIG, LLP  
MetLife Building, 200 Park Avenue  
New York, NY 10002  
Telephone: (212) 801-9200  
Facsimile: (212) 801-6400  
Email: edlinr@gtlaw.com  
Email: kassenoffa@gtlaw.com  
Email: macleanj@gtlaw.com  
Email: colinj@gtlaw.com  
Email: kapadiav@gtlaw.com  
Email: araje@gtlaw.com  
Email: yej@gtlaw.com  

Valerie W. Ho  
GREENBERG TRAURIG, LLP  
1840 Century Park East  
Los Angeles, CA 90067  
Telephone: (310) 586-7700  
Facsimile: (310) 586-7800  
Email: hov@gtlaw.com  
Melissa R. Smith  
GILLAM & SMITH, LLP  
303 South Washington Avenue  
Marshall, TX 75670  
Telephone: (903) 934-8450  
Facsimile: (903) 934-9257  
Email: melissa@gillamsmithlaw.com  

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

3

## **CERTIFICATE OF SERVICE**

  I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 29th day of April, 2019.

                 */s/ William E. Davis, III*