IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>            Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO. LTD.,<br><br>            Defendants. | Civil Action No. 2:18-cv-00506-JRG<br>Civil Action No. 2:18-cv-00508-JRG<br>Civil Action No. 2:19-cv-00125-JRG<br>Civil Action No. 2:19-cv-00126-JRG<br>Civil Action No. 2:19-cv-00259-JRG |

**AMENDED ORDER GRANTING
JOINT MOTION TO STAY ALL DEADLINES AND
<u>NOTICE OF PENDING SETTLEMENT</u>**

Before the Court is the parties' Amended Joint Motion to Stay All Deadlines and Notice of Pending Settlement.  (Dkt. No. ___)  Having reviewed the Motion, the Court is of the opinion that it should be and hereby is GRANTED.  It is therefore ORDERED that any and all deadlines in the above-captioned case are STAYED through and including Wednesday, May 27, 2020, during which time appropriate dismissal papers shall be filed.

3456487.v1