# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **UNILOC 2017 LLC,** | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:18-CV-00508-JRG |
| | § |
| **SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO. LTD.,,** | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Parties' Amended Joint Motion to Stay All Deadlines and Notice of Pending Settlement (the "Motion"). (Dkt. No. 113.) Having reviewed and considered the Motion acknowledging that the Parties unwittingly requested a 16 day stay rather than 30 days as intended, and in light of the Motion to correct same being filed jointly, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the stay previously granted be extended, and that any and all deadlines in the above-captioned case are **STAYED** though and including Wednesday, May 27, 2020, during which time appropriate dismissal papers shall be filed.

So ORDERED and SIGNED this 30th day of April, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE