IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO. LTD.,<br><br>    Defendants. | Civil Action No. 2:18-cv-00506-JRG<br>Civil Action No. 2:18-cv-00508-JRG<br>Civil Action No. 2:19-cv-00125-JRG<br>Civil Action No. 2:19-cv-00126-JRG<br>Civil Action No. 2:19-cv-00259-JRG |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Uniloc 2017 LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Defendants") have agreed to settle the above matters, and therefore jointly stipulate under Federal Rule of Civil Procedure 41(a)(2) to dismiss with prejudice all claims and counterclaims between the parties.

Accordingly, Plaintiff and Defendants move the Court to dismiss with prejudice all claims and counterclaims between the parties, with each party bearing their own attorneys' fees, expenses, and costs.  All other relief requested between the parties should be denied as moot.

3476407.v1

| | |
|---|---|
| Dated:  May 27, 2020 | Respectfully submitted, |
| /s/      William E. Davis, III            | /s/ Melissa R. Smith              |
| Aaron S. Jacobs | Melissa R. Smith |
| Paul J. Hayes | GILLAM & SMITH, LLP |
| Kevin Gannon | 303 South Washington Avenue |
| Brian A. Tollefson | Marshall, TX 75670 |
| PRINCE LOBEL TYE LLP | Telephone: (903) 934-8450 |
| One International Place - Suite 3700 | Facsimile: (903) 934-9257 |
| Boston, MA 02110 | Email: melissa@gillamsmithlaw.com |
| Tel: 617-456-8000 | |
| Email: ajacobs@princelobel.com | *Attorneys for Defendants Samsung Electronics* |
| Email: phayes@princelobel.com | *Co., Ltd., and Samsung Electronics America, Inc.* |
| Email: kgannon@princelobel.com | |
| Email: btollefson@pricelobel.com | |
| | |
| William E. Davis, III | |
| Texas State Bar No. 24047416 | |
| bdavis@davisfirm.com | |
| Christian Hurt | |
| Texas State Bar No. 24059987 | |
| churt@davisfirm.com | |
| Edward Chin (Of Counsel) | |
| Texas State Bar No. 50511688 | |
| echin@davisfirm.com | |
| Debra Coleman (Of Counsel) | |
| Texas State Bar No. 24059595 | |
| dcoleman@davisfirm.com | |
| Ty Wilson | |
| Texas State Bar No. 24106583 | |
| twilson@davisfirm.com | |
| THE DAVIS FIRM, PC | |
| 213 N. Fredonia Street, Suite 230 | |
| Longview, Texas 75601 | |
| Telephone: (903) 230-9090 | |
| Facsimile: (903) 230-9661 | |
| | |
| Edward R. Nelson III | |
| ed@nelbum.com | |
| Texas State Bar No. 00797142 | |
| NELSON BUMGARDNER ALBRITTON PC | |
| 3131 West 7th Street, Suite 300 | |
| Fort Worth, TX 76107 | |
| Tel: (817) 377-9111 | |
| | |
| Shawn Latchford | |
| shawn@nbafirm.com | |
| Texas State Bar No. 24066603 | |
| NELSON BUMGARDNER ALBRITTON PC | |
| 111 West Tyler Street | |
| Longview, TX 75601 | |
| Tel: (903) 757-8449 | |
| | |
| *Attorneys for the Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 27th day of May 2020.

*/s/ William E. Davis, III*