IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, § § | |
| *Plaintiff*, § § | |
| v. § | CIVIL ACTION NO. 2:18-CV-00508-JRG |
| § § | |
| SAMSUNG ELECTRONICS AMERICA, § INC., SAMSUNG ELECTRONICS CO. § LTD., § § | |
| *Defendants*. § § | |

### ORDER

Before the Court is Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (together with Uniloc, the "Parties") Joint Motion to Dismiss with Prejudice (the "Motion"). (Dkt. No. 115.) In the same, the Parties represent that all claims in the above-captioned case have been settled and thus move to dismiss the case pursuant to Fed. R. Civ. P. 41(a)(2). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all claims and counterclaims between the Parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. All pending requests for relief are **DENIED AS MOOT**.

The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 28th day of May, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE